## United States Court of Appeals for the Second Circuit
### Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 14, 2014
Docket #: 14-2251cv
Short Title: Peralta v. Quintero

DC Docket #: 12-cv-3864
DC Court: SDNY (NEW YORK CITY)
DC Judge: Maas

### INITIAL NOTICE OF STAY OF APPEAL

A notice of appeal was filed in this case on June 24, 2014. Since at least one motion cited in FRAP 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8612.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 10/14/2014